**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
____Civil____ DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 05 2018
JAMES W. McCORMACK, CLERK
By: /s/ Rochelle _____, DEP CLERK

**CASE NO.** 5:18-cv-00144-BSM-BD

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Justin R. Eoff
ADC # 127564

Address: P.O. Box 500 Cummins Unit Grady, AR 71644

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge __Miller__
and to Magistrate Judge __Deere__

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Keith Mallet (first name unknown at this time)

Position: Correction officer / Corporal

Place of employment: Cummins Unit Prison / Arkansas Department of Correction

Address: P.O. Box 500 Grady, AR 71644

Name of defendant: Sgt. Pierre (first name unknown at this time)

Position: Sergent (correctional)

-4-

Place of employment: _Cummins unit prison/Arkansas Department of correction_

Address: _P.O Box 500  Grady, AR 71644_

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No _X_

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

  ☐ Court (if federal court, name the district; if state court, name the county):

   _____

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: _Cummins Unit prison / Arkansas Department of Correction P.O. Box 500 Grady, AR. 71644-0500_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  _____ in jail and still awaiting trial on pending criminal charges

  __X__ serving a sentence as a result of a judgment of conviction

  _____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____
    _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes __X__ No _____

 B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes  X    No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 26, 2018 monday morning around (4am) I, Justin Goff, was led into East Building Isolation at Cummins unit prison by Sgt. Pierre. Once in the front entrance part of the East Building over by the captain's office door CO Kein Mallet started advancing toward me with malicious intent to cause harm. It was then Sgt. Pierre raised the hand restraints I was being held in causing my arms to lift up and my head to bend forward and CO. Kein started striking me in the face with a closed fist repeatedly, until I started bleeding from my right eye, Sgt Pierre then slammed my head into the wall (in holding cell area) and CO Mallet then started striking me in the face once again with a closed fist. Altogether I was hit by officer Mallet 14 to 18 times in the face with a closed fist while Sgt Pierre slammed my head into a concrete wall and held me so that I could not avoid CO Mallet punches. As a result of this I was bleeding heavily, and now suffer from extreme headaches, trauma, mental distress. I was physically assaulted by these Arkansas Department of Correction employees. (All of this is recorded on camera and can be verified through the video.)

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

In the form of relief I would like The court to order a declaratory and protective Injunction against Officer Mallet and Sgt Pierre and I would like a monetary amount of one hundred thousand dollars for injuries I suffered Physically, mentally and emotionally

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 30th day of May, 2018.

Justin Eoff #127564

Cummins unit P.O. Box 500 Grady, AR 71644
Signature(s) of plaintiff(s)

-8-

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Cummins Unit
Name: Justin R. Eoff
ADC#: 127564   Brks #: E.B. Iso. 912   Job Assignment: none

FOR OFFICE USE ONLY
GRV. #: CU-18-00374
Date Received: APR 03 2018 CUMMINS GRIEVANCE OFFICE
GRV. Code #:

RECEIVED

_____ (Date) STEP ONE: Informal Resolution

4-2-18 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Statement given is not true cameras will show I never attempted any assault on officer

3-28-18 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: I am in fear of Retaliation of the same malacious intent Grieved because writing these officer up.

Is this Grievance concerning Medical or Mental Health Services? NO If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On March 26, 2018 Monday Morning around appr. (4AM) I was led into E.B. Isolation by SGT. Pierre over by the Captains Door to where C.O. Mallett then advanced toward me (inmate J. Eoff) with malicious intent to cause me harm. In which Cummins Unit SGT. Pierre then lifted upon my hands cuffed behind my back causing me to bend forward, to which C.O. Mallett begin striking (punching) me (inmate J. Eoff) in the Right side of the face repeatedly breaking skin causing bleeding on right side of face by Eye. Then I was taken into the holding cell area where SGT. Pierre slammed me into the wall and allowed C.O. Mallett to begin striking (punching) me on the Right side of the head once again. All together I was hit between (14 to 15) times by C.O. Mallett while SGT. Pierre assisted in this malacious behavior. This put my physical safety at Risk, my health at Risk, was a violation of ADC policy by C.O. Mallett and SGT. Pierre. According to AR-225 both officers are out of line and policy procedure in their behavior and actions. I am Requesting to speak to Internal Affairs and for officers to be put on the black box!

Inmate Signature: Justin Randall Eoff   Date: 3-28-18

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 3-30-18 (date), and determined to be Step One and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No) If yes, name of the person in that department receiving this form: ____   Date: ____

Issac Wade   7164   [signature]   3-30-18
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including date: RECEIVED inmate was trying to assault staff while in handcuffs.

MAY 07 2018
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

[signature] 4-2-18   [signature] 4-2-18
Staff Signature & Date Returned   Inmate Signature & Date Received

This form was received on 4-2-18 (date), pursuant to Step Two. Is it an Emergency? ____ (Yes or No)
Staff Who Received Step Two Grievance: ____   Date: ____
Action Taken: ____ (Forwarded to Grievance Officer/Warden/Other) Date: 4-2-18
If forwarded, provide name of person receiving this form: ____   Date: ____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

EXHIBIT #1

IGTT410  
3GS

Attachment III

INMATE NAME: Eoff, Justin R.    ADC #: 127564E    GRIEVANCE #: CU-18-00374

### WARDEN/CENTER SUPERVISOR'S DECISION

I have reviewed your grievance dated March 28, 2018. You state, "On March 26, 2018 Monday morning around approx (4AM) I was led into E.B. Isolation by Sgt. Pierre over by the Captain door to where CO Mallett then advanced toward me (inmate J. Eoff) with malicious intent to cause me harm. In which Cummins Unit Sgt. Pierre then lifted upon my hands cuffed behind my back causing me to bend forward, to which CO Mallett begin striking (punching) me (inmate J. Eoff) in the right side of the face repeatedly breaking skin causing bleeding on right side of face by eye. Then I was taken into the holding cell area where Sgt. Pierre slammed me into the wall and allowed CO Mallett to begin striking (punching) me in the right side of the head once again. All together I was hit between (14-18) times by CO Mallett while Sgt. Pierre assisted in this malicious behavior. This put my physical safety at risk, my health at risk, was a violation of ADC policy by CO Mallett and Sgt. Pierre. According to AR-225 both officers are out of line and policy procedure in their behavior and actions. I am requesting to"

Please be advised, corrective action was taken. Your complaint is with merit.

*(handwritten annotation: Grievance Found with merit)*

_____    _____    4-26-18
Signature of Warden/Supervisor or Designee    Title (Warden)    Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

Unsatisfied with Response!

Unhappy with action said taken!

**RECEIVED**
MAY 07 2018
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

_Justin R. Eoff_    127564    4-30-18
Inmate Signature    ADC#    Date

IGTT410    Page 1 of 1

EXHIBIT #2

IGTT430
3GD

Attachment VI

INMATE NAME: Eoff, Justin R.          ADC #: 127564          GRIEVANCE#:CU-18-00374

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 3/28/18, you stated, "On March 26, 2018 Monday morning around approx (4AM) I was led into E.B. Isolation by Sgt. Pierre over by the Captain door to where CO Mallett then advanced toward me (inmate J. Eoff) with malicious intent to cause me harm. In which Cummins Unit Sgt. Pierre then lifted upon my hands cuffed behind my back causing me to bend forward, to which CO Mallett begin striking (punching) me (inmate J. Eoff) in the right side of the face repeatedly breaking skin causing bleeding on right side of face by eye. Then I was taken into the holding cell area where Sgt. Pierre slammed me into the wall and allowed CO Mallett to begin striking (punching) me in the right side of the head once again. All together I was hit between (14-18) times by CO Mallett while Sgt. Pierre assisted in this malacious behavior. This put my physical safety at risk, my health at risk, was a violation of ADC policy by CO Mallett and Sgt. Pierre. According to AR-225 both officers are out of line and policy procedure in their behavior and actions. I am requesting to"

On 4/26/18 the warden responded, "Please be advised, corrective action was taken. Your complaint is with merit."

*Grievance Found with merit*

Your appeal was received on 5/7/18. In review of your appeal and the response from the warden, I concur with the warden's decision. This matter was resolved at the unit level, therefore, I find no merit in your appeal.

Appeal denied.

_____          5-21-18
Director                         Date

IGTT430                    Page 1 of 1                    8XHTBTJ#3