IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
AUG 2 6 2021
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

**JUSTIN R. EOFF**
ADC #127564

**PLAINTIFF**

v.                    CASE NO. 5:18-CV-00144-BSM

**KEITH MALLETT,**
*CO, Cummins Unit, ADC*

**DEFENDANT**

## VERDICT FORM

**Note:** Complete this form by writing the names required by your verdict.

On plaintiff **Justin Eoff's** claim against defendant **Keith Mallett**, as submitted in Instruction No. 9, we find in favor of

_____

⟨(Plaintiff **Justin Eoff**)⟩    or    (Defendant **Keith Mallett**)

**Note:** Complete the following paragraph only if one or more of the above findings is in favor of the plaintiff.

We find plaintiff Justin Eoff's damages to be:

$ 1.00    state the amount or, if none, state the nominal amount of $1.00.

**Note**: You may not award punitive damages against any defendant unless you have first found against that defendant and awarded the plaintiff nominal or actual damages.

We assess punitive damages against defendant **Keith Mallett** as follows:

$ __270.00__  state the amount or, if none, write the word "none."

_____
Foreperson

Dated: __8/26/21__