IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JUSTIN R. EOFF                                                                                          PLAINTIFF
ADC #127564

CASE NO: 5:18-CV-00144-BSM

KEITH MALLETT                                                                                        DEFENDANT

## JUDGMENT

Pursuant to the verdict returned by the jury on August 26, 2021, following one day of trial, judgment is entered in favor of plaintiff Justin R. Eoff against defendant Keith Mallett in the amount of $1.00 in nominal damages and $270 in punitive damages. Eoff is directed to file his petition for fees and costs within the time prescribed by the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 27th day of August, 2021.

_____
U.S. DISTRICT COURT JUDGE